IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEMETRIC HOOPER, AIS #116907,**  Plaintiff, | * * * |
| vs. | *   CIVIL ACTION NO: 12-00733-KD-B |
| **MOBILE COUNTY METRO JAIL,** *et al.*,  Defendants. | * * * * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made (Doc. 7), the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 17, 2013 (Doc. 6), is hereby **ADOPTED** as the opinion of this Court.

Additionally, as to Plaintiff's Motion to Amend his Complaint (Doc. 8), the motion is **DENIED** because the amendment fails to provide any details which would state a Section 1983 claim against any of the proposed defendants.

As such, it is **ORDERED** that this action is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) as Plaintiff's claims are either frivolous or fail to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this the **2**nd day of **July 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**